# United States District Court

### District of Maine

**Chambers of**
**GENE CARTER**
**U.S. Senior District Judge**

156 Federal Street
Portland, Maine 04101

June 22, 2006

The Honorable Ortrie D. Smith, Chair
Judicial Conference of the United States
Committee on Financial Disclosure
·One Columbus Circle, N.E.
Washington, D.C. 20544

Dear Judge Smith:

This is to respond to your letter of June 8, 2006 concerning my financial disclosure
statement dated April 12, 2006.

With respect to the entry on Part VII, Page 4, Line 1, please be advised that the entry was
incorrectly entered as the transaction occurred in 2006 rather than in 2005.

With respect to your other inquiries, I enclose herewith amended pages 4 through 6 of the
report that now reflect the corrected information in respect to the questioned transactions,
and I certify that information to be correct.

Sincerely,

Gene Carter

GC/msh

Enclosures

| Name of Person Reporting | Date of Report |
|---|---|
| CARTER, GENE | 04/12/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Maine Health & Higher Education | [Incorrect previous entry--explained in letter of June 22, 2006] | | | | | | | | |
| 2. US Gov't Treasury Notes - Maturing 11/15/05 - 11/15/15 | A | Interest | L | T | | | | | |
| 3. Royce-Micro-Cap. Realty Trust, Inc. | A | Dividend | K | T | partial sale | 9/06 | J | C | |
| 4. Berkshire Hathaway Cl. B | A | Dividend | J | T | partial sale | 9/06 | J | C | |
| 5. U.S. Govt Treasury Notes Maturing 11/15/22 | A | Interest | K | T | | | | | |
| 6. Davis NY Venture Fund Class A | A | Dividend | L | T | | | | | |
| 7. Strategic Global Income Fund | A | Dividend | J | T | | | | | |
| 8. Royce Value Trust Inc. | B | Dividend | K | T | | | | | |
| 9. Royce Value Trust Inc. | B | Dividend | K | T | | | | | |
| 10. American Balanced Fund | G | Dividend | L | T | | | | | |
| 11. Newmont Mining Co. | A | Dividend | K | T | | | | | |
| 12. Duke Realty Inc. | C | Dividend | J | T | | | | | |
| 13. Fording CDM Coal Trust | D | Dividend | J | T | | | | | |
| 14. Kinder Morgan Energy | C | Dividend | J | T | | | | | |
| 15. Duke Realty Corp. | D | Dividend | J | T | partial sale | 9/06 | J | C | |
| 16. Pimco Corporate Opportunity Fund | E | Dividend | | | sale | 5/10 | K | C | |
| 17. First Eagle Gold Fund | E | Dividend | K | T | | | | | |

DISCLOSURE FINANCIAL OFFICE

2006 JUN 28 A 10: 19

RECEIVED

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CARTER, GENE | 04/12/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. FPA Capital Fund | E | Dividend | K | T | | | | | |
| 19. Hartford Capital Appreciation Fund | E | Dividend | K | T | | | | | |
| 20. Oakmark Fund Class 1 | E | Dividend | K | T | | | | | |
| 21. Third Avenue Value Fund | A | Dividend | J | T | buy | 6/24 | J | | |
| 22. Ace Limited Bermuda | B | Dividend | J | T | | | | | |
| 23. Becton Dickson | B | Dividend | J | T | | | | | |
| 24. Dineen Energy Corp. | B | Dividend | J | T | | | | | |
| 25. HCA Inc. | B | Dividend | J | T | | | | | |
| 26. Timberwest Forest CRP Stapled | B | Dividend | J | T | | | | | |
| 27. Aberdeen Asia Pac. Income Fund | E | Dividend | K | T | | | | | |
| 28. Petroleum Basileiro | D | Dividend | J | T | | | | | |
| 29. Newmont Mining Corp. | D | Dividend | J | T | | | | | |
| 30. Gold Corp. Inc New | D | Dividend | J | T | | | | | |
| 31. U.S. Treasury Note-Int-Prot-Due 7/15/13 | E | Interest | K | T | | | | | |
| 32. U.S. Treasury Note-Int-Prot-Due 7/15/12 | E | Interest | K | T | | | | | |
| 33. First Eagle Gold Fund, Clase A | D | Dividend | J | T | | | | | |
| 34. Plum Creek Timber Co. | D | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CARTER, GENE | 04/12/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. BHP Billiton Ltd. | D | Dividend | J | J | | | | | |
| 36. TINT Bonds-Due 11/15/06-11/15/10 | F | Interest | L | T | buy | 9/06 | L | | |
| 37. New Zealand Govt. Ex Div. | A | Dividend | J | T | buy | 5/11 | J | | |
| 38. First Trust Value Line | A | Dividend | J | T | buy | 8/2 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |